IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANNY JOE BURCHFIELD**                                         **PLAINTIFF**
**ADC # 161810**

v.                    Case No. 4:25-CV-01063-JM-JTK

**ARKANSAS DEPARTMENT OF CORRECTIONS**                  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 6th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE